IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:22-cv-00744-DDD-KLM

JOSE CAMPOS,
Individually and on behalf of others similarly situated,

    Plaintiff,

v.

SWIFT BEEF COMPANY,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER**

    Plaintiff Jose Campos moves to transfer this case to the Northern District of Texas (Doc. 57 at 1.) and defendant Swift Beef Company does not oppose this motion. *Id.* at 2.

    "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to . . . any district . . . to which all parties have consented." 28 U.S.C. § 1404(a). To warrant a transfer, the parties must establish that: "(1) the action could have been brought in the alternate forum; (2) the existing forum is inconvenient; and (3) the interests of justice are better served in the alternate forum." *Wolf v. Gerhard Interiors, Ltd.*, 399 F. Supp. 2d 1164, 1166 (D. Colo. 2005) (citing *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1515 (10th Cir. 1991)).

    I am satisfied that this action could have been brought in the Northern District of Texas, where because that is where the plaintiff worked for the defendant, and because the defendant has done business there.

(Doc. 57 at 2.) *See Int'l Shoe Co. v. Washington Office of Unemployment Compensation and Placement*, 326 U.S. 310, 316 (1945). Because the Northern District of Texas is closer to the evidence relevant to the case, I find that district is the more convenient venue. *See* (Doc. 57 at 2.) I also find that the interests of justice favor the transfer of this case to the Northern District of Texas, where Swift Beef Company agrees that the court will have personal jurisdiction over it. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong . . . district shall . . . if it be in the interest of justice, transfer such case to any district . . . in which it could have been brought.").

Accordingly, it is ORDERED that:

Plaintiff Jose Campos' Unopposed Motion to Transfer to the Northern District of Texas (Doc. 57) is GRANTED; and

This civil action is transferred to the United States District Court for the Northern District of Texas.

DATED: February 13, 2023   BY THE COURT:

~~Daniel D.~~ Domenico
United States District Judge